IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CODY KING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | FILE No. 1:22-cv-00993-MHC |
| CONYERS VILLAGE PROPERTIES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff has announced the parties have reached a settlement. The Court hereby **DIRECTS** the Clerk to administratively close this case. The parties shall file a dismissal upon finalization of the settlement documents. If settlement negotiations fail, the parties should promptly move to reopen the case.[1]

**SO ORDERED,** this 23rd day of May, 2022.

_____
Hon. Mark H. Cohen
United States District Judge

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.